IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BROADWING, INC., et al,                              :
                                                     :
            Plaintiff(s)                             :
                                                     :   Case Number: C-1-01-595
        vs.                                          :
                                                     :   District Judge Susan J. Dlott
FEDERAL INSURANCE CO.,                               :
                                                     :
            Defendant(s)                             :

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The

Honorable Susan J. Dlott to the Clerk of this Court for reassignment.

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge