**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**
**101cv595**

**IN THE MATTER OF REFERENCES**
**TO THE UNITED STATES MAGISTRATE JUDGES**

> **Broadwing  Inc., et al.,**
>
> **v**                          **District Judge Sandra S. Beckwith**
>                               **Magistrate Judge Jack Sherman, Jr.**
> **Federal Insurance Co.**        **Magistrate Judge Timothy S Hogan✔**

---

**GENERAL ORDER OF REFERENCE**

Pursuant to 28 U.S.C. § 636 (b) and Western Division Rule No. 1, all civil cases filed

at the Cincinnati location of Court and assigned to District Judge Sandra S. Beckwith (except bankruptcy

appeals) are hereby ORDERED referred to either Magistrate Judge Jack Sherman, Jr. or Magistrate Judge

Timothy S. Hogan, depending upon the case assignment made by the Clerk in the first instance, who are

authorized in such cases (1) to rule on all nondispositive pretrial motions, in no event, however, will the

Magistrate Judge grant any deadline extension that will impact final pretrial or trial settings, (2) to hear and

report to the Court his recommended disposition on all dispositive pretrial motions and on all post-trial

motions, including applications for attorney's fees, (3) to serve as a special master for the non-jury trial of all

cases in which the parties consent, in which an exceptional condition exists permitting special master trial, or

in which special master trial is permitted by statute, and (4) to perform any and all functions authorized for

full-time Magistrate Judges by Western Division Rule No. 1.

Pursuant to 28 U.S.C. § 636(c), in any of the above-referenced cases, upon unanimous consent of the parties, Magistrate Judge Sherman or Magistrate Judge Hogan may preside at trial and order the final entry of final judgment without further order of reference from the Court.  In any case in which the parties so consent, appeal shall be to the United States Court of Appeals for the Sixth Circuit, absent express consent that the appeal be to the District Court.

In each case referred by this Order, this Order shall act as a reference and no further order of reference shall be required.  The Clerk shall advise the parties in each such case of this General Order of Reference and of their right to consent to full magistrate judge trial authority under 28 U.S.C. § 636 (c).

October 16, 1996

Sandra S. Beckwith
United States District Judge