UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Broadwing, Inc., et al.,
    Plaintiffs,

v.                                              Case No. 1:01cv595
                                                (Beckwith, J.; Hogan, M.J.)

Chubb Corporation, et al.,
    Defendants.

## NOTICE

Please take notice that the above-captioned case has been set for telephonic status conference on before the Honorable Timothy S. Hogan on:

**Wednesday, January 21, 2004, at 9:30 am**

Parties are to contact the Magistrate's chambers five minutes prior to 9:30 am at 513-564-7650.

                                                    Timothy S. Hogan
                                                    United States Magistrate Judge

                                                    S/Barbara A. Crum
                                                    Barbara A. Crum
                                                    Courtroom Deputy

cc:   All Counsel
BAC      December 10, 2003
J:\CRUMBA\FORMS\CALENDAR\2001\01-595.wpd