UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BROADWING, INC., et al.,** | : | Case No. C-1-01-595 |
| | : | (Beckwith, J.) |
| Plaintiff, | : | (Hogan, M.J.) |
| | : | |
| v. | : | |
| | : | **AGREED ORDER SETTING** |
| **FEDERAL INSURANCE COMPANY,** | : | **SETTLEMENT CONFERENCE** |
| | : | |
| Defendant. | : | |

By agreement of the parties, a settlement conference before the Honorable David S. Perelman is hereby scheduled for February 24, 2004, at 9:00 a.m. in Room 116, Potter Stewart United States Courthouse, 100 East Fifth Street, Cincinnati, Ohio 45202. The Court will set final pretrial conference and trial dates, as necessary, following the completion of the settlement conference.

IT IS SO ORDERED.

_____
TIMOTHY S. HOGAN
United States Magistrate Judge

AGREED:

_____
Harry J. Finke IV (0018160)
Trial Attorney for Plaintiffs

_____   by Harry J. Finke IV
Karen Y. Bonvalot (*pro hac vice*)      per authorization
Trial Attorney for Defendant