**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**


Broadwing, Inc.,
    Plaintiff

v.                                              Case No.  1:01-cv-595

  Federal Insurance Company,
    Defendant


---

**ORDER**

---


       The Court having been advised by the parties that the within action has been settled;

       It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.  The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.  The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.


Date: <u>April 28, 2004</u>                    <u>s/Sandra S. Beckwith</u>
                                              Sandra S. Beckwith
                                              United States District Judge